1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  KELLY LYNCH, SBN 176204
   LAW OFFICES OF KELLY LYNCH
   12009 Foundation Place, Suite 190
8  Gold River, CA 95670
   Telephone: (916) 294-1170
9  Fax: (916) 294-1189

10 Attorney for Defendants
   Aris Fafoutis and Diane Fafoutis
11

12

13

14

                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 | RONALD WILSON,                          Case No. CIV. S-06-01454-LKK-KJM

18 |       Plaintiff,

19 | v.                                      **STIPULATION OF DISMISSAL AND ORDER THEREON**

20 | KHALIL MUHAREB dba OMELETTE BISTRO, et al.,

21 |       Defendants.
22 | _____/

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

    Pursuant to a Settlement Agreement and Release between plaintiff, Ronald Wilson, and defendant, Aris Fafoutis and Diane Fafoutis, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice**, as to defendants Aris Fafoutis and Diane Fafoutis *only*.**

    Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendants Aris Fafoutis and Diane Fafoutis.

Dated: April 17, 2007          DISABLED ADVOCACY GROUP, APLC

                                      /s/ Lynn Hubbard, III
                                    LYNN HUBBARD, III
                                    Attorney for Plaintiff

Dated: April 16, 2007          LAW OFFICES OF KELLY LYNCH

                                      /s/ Kelly Lynch
                                    KELLY LYNCH
                                    Attorney for Defendants Aris Fafoutis and Diane Fafoutis

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01454-LKK-KJM, is hereby dismissed with prejudice **as to Aris Fafoutis and Diane Fafoutis *only*.**

Dated: April 17, 2007          _/s/ Lawrence K. Karlton_
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT