IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

      Plaintiffs,                      No. CIV S-06-1454 LKK KJM

  vs.

KHALIL MUHAREB, et al.,

      Defendants.                  <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff's motion for default judgment was submitted on the papers. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        The complaint in this matter was served upon defendant Muhareb and proof of service was filed August 2, 2006. <u>Cf</u>. <u>Pacific Atlantic Trading Co. v. M/V Main Express</u>, 758 F.2d 1325, 1331 (9th Cir. 1985) (noting that default judgment void without personal jurisdiction). The Clerk of the Court entered default against defendant on January 11, 2007. Plaintiff's present motion for entry of default judgment was served by mail on defendant at defendant's last known address.

        Entry of default effects an admission of all well-pleaded allegations of the complaint by the defaulted party. <u>Geddes v. United Financial Group</u>, 559 F.2d 557, 560 (9th Cir.

1

1 1977). Entry of default judgment is proper where, as in the present case, the facts established by
2 the default support the causes of action pled in the complaint. The complaint and the affidavits
3 filed in support of the motion for entry of default judgment also support the finding that plaintiff
4 is entitled to the relief requested in the prayer for default judgment, which does not differ in kind
5 from the relief requested in the complaint. Henry v. Sneiders, 490 F.2d 315, 317 & n.2 (9th Cir.
6 1974). There are no policy considerations to preclude the entry of default judgment of the type
7 requested. See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to
8 be considered).

9 Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry
10 of default judgment be GRANTED and that judgment be awarded jointly and severally against
11 defendant Khalil Muhareb dba Omelette Bistro in the amount of $26,393.84.

12 These findings and recommendations are submitted to the District Judge assigned
13 to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being
14 served with these findings and recommendations, any party may file written objections with the
15 court and serve a copy on all parties. Such a document should be captioned "Objections to
16 Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served
17 and filed within ten days after service of the objections. The parties are advised that failure to
18 file objections within the specified time may waive the right to appeal the District Court's order.
19 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20 DATED: August 10, 2007.

_____
U.S. MAGISTRATE JUDGE

006
wilson.def