IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD WILSON,

      Plaintiff,                  No. CIV S-06-1454 LKK KJM

     vs.

KHALIL MUHAREB, et al.,

      Defendants.         <u>ORDER</u>

                             /

         Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

         On August 10, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

         The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

         1. The findings and recommendations filed August 10, 2007, are adopted in full;

         2. Plaintiff's motion for entry of default judgment is granted; and

3. Judgment is awarded jointly and severally against defendant Khalil Muhareb, dba Omelette Bistro, in the amount of $26,393.84.

DATED: **October 19, 2007.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT